LK_Rule_7_1_Statement_for_Defendant.doc

**Carl E. Person   (CP  7637)**
*Attorney for Defendant, LaserKlinic LLC*
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
  :          ECF CASE
**THE BLOCH GROUP, LLC,**   :
  :          **08 CV 5357  (MGC) (KNF)**
             **Plaintiff,**   :
  :          **RULE 7.1 DISCLOSURE**
             v.   :          **STATEMENT**
  :          <u>**FOR THE DEFENDANT**</u>
**LASERKLINIC LLC,**   :
  :
             **Defendant.**   :
  :
-----------------------------------------------------------------------x

     Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant, Defendant, **LaserKlinic LLC**, a corporation, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:  **NONE.**

**Dated:   New York, New York**
           **July 7, 2008**

*/s/ Carl E. Person*
_____
**Carl E. Person   (CP  7637)**
**Attorney for Defendant,**
  **LaserKlinic LLC**
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                                 :      ECF CASE

**THE BLOCH GROUP, LLC,**                   :

                                                                                 :      08 CV 5357  (MGC) (KNF)

                        **Plaintiff,**      :

                                                                                   :      <u>PROOF OF SERVICE</u>

                          v.                              :

**LASERKLINIC LLC,**                          :

                                        **Defendant.**    :

------------------------------------------------------------------------x

    I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:

    I am not a party to this action, am over 18 years of age, and on July 7, 2008, I served a true copy of the foregoing **RULE 7.1 DISCLOSURE STATEMENT FOR THE DEFENDANT** (the "Document"), on the attorneys for the Plaintiff,

    (i) by mailing a copy of the Document to.

> **Paul H. Levinson, Esq.**
> **Oliver R. Chernin, Esq.**
> **McLaughlin & Stern, LLP**
> **260 Madison Avenue**
> **New York, NY  10016**

and (ii) by the Court's ECF system at the time of the electronic filing of the Document.

**Dated:  New York, New York**
         **July 7, 2008**

                                                                          **By** _____
                                                                             **Carl E. Person (CP 7637)**