LK_Notice_of_Appearance_for_Defendant.doc

**Carl E. Person   (CP  7637)**
*Attorney for Defendant, LaserKlinic LLC*
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

|  |  |
|---|---|
| | :     **ECF CASE** |
| **THE BLOCH GROUP, LLC,** | : |
| | :     **08 CV 5357  (MGC) (KNF)** |
| Plaintiff, | : |
| | :     **NOTICE OF APPEARANCE** |
| v. | :     <u>**FOR THE DEFENDANT**</u> |
| | : |
| **LASERKLINIC LLC,** | : |
| | : |
| Defendant. | : |
| | : |

------------------------------------------------------------------------x

Please take notice that the undersigned counsel, Carl E. Person, is appearing as

counsel on behalf of the Defendant, **LaserKlinic LLC.**

**Dated:   New York, New York**
         **July 7, 2008**

_____
**Carl E. Person   (CP  7637)**
**Attorney for Defendant,**
    **LaserKlinic LLC**
**325 W. 45th Street - Suite 201**
**New York, New York 10036-3803**
**(212) 307-4444**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------x

| | |
|---|---|
| | :    ECF CASE |
| **THE BLOCH GROUP, LLC,** | : |
| | :    08 CV 5357  (MGC) (KNF) |
| Plaintiff, | : |
| | :    <u>PROOF OF SERVICE</u> |
| v. | : |
| | : |
| **LASERKLINIC LLC,** | : |
| | : |
| Defendant. | : |
| | : |

---------------------------------------------------------------------------x


I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby

affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:


I am not a party to this action, am over 18 years of age, and on July 7, 2008, I served a true copy

of the foregoing **NOTICE OF APPEARANCE** (the "Document"), on the attorneys for the Plaintiff,

(i) by mailing a copy of the Document to.


> **Paul H. Levinson, Esq.**
> **Oliver R. Chernin, Esq.**
> **McLaughlin & Stern, LLP**
> **260 Madison Avenue**
> **New York, NY  10016**

and (ii) by the Court's ECF system at the time of the electronic filing of the Document.


Dated:  New York, New York
        July 7, 2008


By _____
   **Carl E. Person (CP 7637)**